February 26, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

DENSO CORPORATION, Appellant

NO. 14-12-00291-CV                    V.

KENNETH E. HALL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF JANICE H. BERG, DECEASED, KATHI BERG WALES,
THERESA BERG JOHANSON, KENNETH D. BERG JR., STEPHEN LESTER BERG,
PHYLLIS BERG PELHAM AND JONATHAN DAVID BERG, EACH INDIVUALLY
AND AS REPRESENTATIVE OF THE ESTATE OF KENNETH D. BERG,
DECEASED, Appellees

———————————————————

This cause, an appeal from the Order Denying DENSO Corporation's Special Appearance signed March 23, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the Order Denying DENSO Corporation's Special Appearance of the court below **REVERSED** and **REMAND** the cause for the court below to dismiss all of appellees' claims against DENSO Corporation.

We order appellees, Kenneth E. Hall, Individually and as Personal Representative of the Estate of Janice H. Berg, deceased, Kathi Berg Wales, Theresa Berg Johanson, Kenneth D. Berg Jr., Stephen Lester Berg, Phyllis Berg Pelham, and Jonothan David Berg, Each Individually and as Representative of the Estate of Kenneth D. Berg, deceased, to pay all costs incurred in this appeal. We further order this decision certified below for observance.